**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1900**

---

JOSE F. REUTER,

Plaintiff - Appellant,

versus

PAULA PRICE, LCWS-C Adult Protection Agency;
DAVID A. ENGLE, Director, Washington County
Department of Social Services; ANN BUSHONG,
Case Manager Supervisor, Washington County
Department of Social Services; LYNN M. SMITH,
Case Manager, Washington County Department of
Social Services; JUDY VARROAN; ALICE
SENDINDIVER, Department of Social Services;
WASHINGTON COUNTY SUPERVISORS, Gregory I.
Snook, President; JOHN DOE; JANE DOE,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
05-1996-CCB)

---

Submitted: November 17, 2005      Decided: November 22, 2005

---

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jose F. Reuter, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jose F. Reuter appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  See Reuter v. Price, No. CA-05-1996-CCB (D. Md. Aug. 4, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED